## In re LIQUIDATION OF CANAL BANK & TRUST CO.

### Intervention of BROOKHAVEN BANK & TRUST CO.

### No. 15050.

Court of Appeal of Louisiana. Orleans.
June 24, 1935.

For former opinion, see 161 So. 629.

Alvin R. Christovich and Wm. J. Kearney, Jr., both of New Orleans, for Brookhaven Bank & Trust Co.

Dufour, St. Paul, Levy & Miceli, of New Orleans, for Canal Bank & Trust Co.

## PER CURIAM.

In his application for rehearing, counsel for Brookhaven Bank & Trust Company complains of our failure to recognize his client as an ordinary creditor.

We have re-examined the record and find that that question was not raised by the pleadings, referred to in the prayer of the petition, or presented to or determined by the judge a quo.

A rehearing is refused.

Rehearing refused.